IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ALLEN ALEXANDER PARKS,            )
                                  )
        Plaintiff,                )
                                  )
v.                                )   Case No. CIV-15-423-M
                                  )
KYLA R. WATTS, et al.,            )
                                  )
        Defendants.               )

## ORDER

On December 22, 2015, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended this action be dismissed without prejudice for plaintiff's failure to comply with the Court's Order, specifically failing to submit the necessary paperwork required for service. Plaintiff was advised of his right to file an objection to this Report and Recommendation by January 8, 2016. A review of the files reveals no objection has been filed.

Upon de novo review, the Court:

(1)  ADOPTS the Report and Recommendation [docket no. 17] issued by the Magistrate Judge on December 22, 2015 and

(2)  DISMISSES this action without prejudice for plaintiff's failure to submit the necessary paperwork required for service.

**IT IS SO ORDERED this 8th day of February, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE